FILED
CLERK, U.S. DISTRICT COURT
OCT 12 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MARTIN MELGOZA TORRES <br> Defendant. | Case No.: CR 11-37-VAP <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central Dist CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✗) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _new criminal conduct alleged while on sup release; mult. prior deportations; allegedly not in US illegally; lengthy crim history; new crim conviction while on supervision_

| | |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |

4  and/or

5  B.  ( )  The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9     on: _____
10     _____
11     _____
12     _____

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated: __10/12/17__

                                    _____
                                    PAUL L. ABRAMS
                                    UNITES STATES MAGISTRATE JUDGE

2